# United States Court of Appeals
## For the First Circuit

---

No. 08-1855

UNITED STATES OF AMERICA,

Appellee,

v.

DARRYL DOWDELL,

Defendant, Appellant.

---

**ERRATA SHEET**

The opinion of this Court issued on February 12, 2010 is amended as follows:

    Page 30, footnote 11, line 2: change "120" to "180"
    Page 31, footnote 11 (cont'd), line 1: change "180" to "120"
    Page 33, footnote 13, line 3: change "180" to "120"
    Page 33, footnote 13, line 5: change "120" to "180"